IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01344-WYD-BNB

BOGULAW GONTAR,

Plaintiff,

v.

CENTURY I CHEVROLET, INC., a Delaware corporation,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion for Leave to Amend Complaint Pursuant to F.R.C.P. 15(a)(2)** [docket no. 11, filed October 10, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the plaintiff's Amended Complaint, which is Exhibit 1 to the Motion. Defendant has ten (10) days to file a responsive pleading.

IT IS FURTHER ORDERED that the motions hearing set for **November 6, 2008, at 1:30 p.m.,** is VACATED. However, the Settlement Conference set at the same time, WILL STILL GO FORWARD.


DATED: November 3, 2008