IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01344-WYD-BNB

BOGULAW GONTAR,

Plaintiff,

v.

CENTURY I CHEVROLET, INC., a Delaware corporation,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Joint Motion for Protective Order** [docket no. 19, filed November 5, 2008] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED.


DATED: November 6, 2008