IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01344-WYD-BNB

BOGUSLAW GONTAR,

    Plaintiff,

v.

CENTURY I CHEVROLET, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal With Prejudice [doc. #25, filed January 16, 2009] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorney's fees and costs.

    Dated: January 16, 2009

                      BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge